UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Damita Marks

      Plaintiff,

v                                   Case No. 3:12-cv- 11301-PDB-MJH
                                  Hon. Paul D. Borman

Aetna Life Insurance Co. and
Triumph Healthcare Long Term Disability Plan

      Defendant.

_____/

| | |
|---|---|
| Serafini, Michalowski, Derkacz & Associates<br>PATRICK DERKACZ (P48988)<br>**KEVIN J. PETERS (P53771)**<br>Attorneys for Plaintiff<br>44444 Mound Rd. Suite 100<br>Sterling Heights, MI 48314<br>(586) 264-3756 | Gonzalex Saggio & Harlan, LLP<br>**ELIZABETH A. MCDUFFIE**<br>Attorneys for Defendants<br>111 East Wisconsin Ave., Ste. #1000<br>Milwaukee, WI 53202<br>(414) 277-8500<br><br>Kilpatrick & Associates, P.C.<br>**LEONORA K. BAUGHMAN (P33534)**<br>Attorneys for Defendants<br>Local Counsel<br>903 N. Opdyke Rd., Ste. C<br>Auburn Hills, MI 48326<br>(248) 77-0700 |

_____/

## **STIPULATED ORDER ADJOURNING CROSS MOTIONS FOR JUDGMENT AND RESPONSES TO CROSS MOTIONS FOR JUDGMENT**

      The parties through their undersigned counsel herby stipulate and agree to adjourn the currently scheduled dates in this matter as follows:

      Cross motion for summary judgment from November 20, 2012 to December 20, 2012;

      Response Briefs from December 20, 2012 to January 21, 2013; and

      Reply briefs from January 10, 2013 to February 11, 2013.

**IT IS SO ORDERED**

_____
District Court Judge

Stipulated as to form and content

/s Kevin J. Peters
Kevin J. Peters (P53771)
Attorney for Plaintiff

/s Elizabeth A. McDuffie
Elizabeth A. McDuffie
Attorney for Defendants